1030

[No. 32486-9-III. Division Three. August 2, 2016.]

Lori A. Sweeney et al., *Appellants*, v. Adams County Public Hospital District No. 2 et al., *Respondents*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated October 25, 2016. Substitute opinion filed. See 196 Wn. App. 1040.

[No. 32577-6-III. Division Three. August 2, 2016.]

Roil Energy, LLC, et al., *Appellants*, v. Joseph ("Jay") Edington et al., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-2-01039-5, Linda G. Tompkins, J., entered June 6, 2014. *Affirmed in part* and *reversed in part* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 32329-3-III. Division Three. August 4, 2016.]

The State of Washington, *Respondent*, v. Jeffrey Vincent Butterfield, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 13-1-00193-0, Ruth E. Reukauf, J., entered March 10, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.